## (September 8, 1971)

■ In the Matter of Joseph Zito, Respondent, v. Everett F. McNab et al., Constituting the Board of Elections of Suffolk County, et al., Appellants.— In a proceeding pursuant to section 330 of the Election Law, judgment of the Supreme Court, Suffolk County, dated September 3, 1971, affirmed, without costs. Rabin, P. J., Hopkins, Munder, Latham and Shapiro, JJ., concur.